ACCEPTED
03-14-00629-CV
5710318
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 11:54:16 AM
JEFFREY D. KYLE
CLERK

_____

## NO. 03-14-00629-CV

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 11:54:16 AM
JEFFREY D. KYLE
Clerk

_____

## LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
## and Michael L. WILLIAMS, Commissioner of Education, State of Texas
## Appellants

**v.**

## JORGE VAZQUEZ,
**Appellee**

_____

**On Appeal from the 419 Judicial District Court, Travis County, Texas**
**Trial Court No. D-1-GN-13-003654**
**Honorable Scott Jenkins, Judge Presiding**

_____

## APPELLANT'S NOTICE OF CHANGE OF FIRM NAME

_____

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** D. Craig Wood, Stacy T. Castillo and Elizabeth G. Neally, Counsel for Appellant **LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** (hereinafter, "Appellant,") and files this notice of change of firm name with the court clerk. The mailing address, e-mail address, telephone number and fax number have not changed. The firm name has changed from

-1-

Walsh, Anderson, Gallegos, Green & Treviño, P.C. to **Walsh Gallegos Treviño Russo & Kyle P.C.** The new firm name should read as follows with the mailing address, telephone number and fax number:

D. Craig Wood
**Walsh Gallegos Treviño Russo & Kyle P.C.**
100 NE Loop 410, Suite 900
San Antonio, TX 78216
Telephone: (210) 979-6633
Facsimile: (210) 979-7024

Stacy T. Castillo
**Walsh Gallegos Treviño Russo & Kyle P.C.**
100 NE Loop 410, Suite 900
San Antonio, TX 78216
Telephone: (210) 979-6633
Facsimile: (2100) 979-7024

Elizabeth G. Neally
**Walsh Gallegos Treviño Russo & Kyle P.C.**
100 NE Loop 410, Suite 900
San Antonio, TX 78216
Telephone: (210) 979-6633
Facsimile: (2100) 979-7024

**WHEREFORE, PREMISES CONSIDERED,** Appellant's Counsel respectfully requests that the Court forward all future communications to the undersigned as noted above.

Respectfully Submitted,

Walsh Gallegos Treviño Russo & Kyle P.C.
100 NE Loop 410, Suite 900
San Antonio, TX 78216
Telephone: (210) 979-6633
Facsimile: (210) 979-7024

By:   /s/ D. CRAIG WOOD
      D. CRAIG WOOD
      State Bar No. 21888700
      STACY T. CASTILLO
      State Bar No. 00796322
      Elizabeth g. Neally
      State Bar No. 14840400

      ATTORNEYS FOR APPELLANTS


# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of June, 2015, a true and correct copy of the foregoing Appellant's Notice Of Change Of Firm Name was electronically filed with the Clerk of the Court using CM/ECF system and has been served on all counsel of record:

Mark W. Robinett
Brim, Arnett, Robinett & Conners, P.C.
2525 Wallingwood Drive, Building 14
Austin, TX 78746

Jennifer Hopgood
Nichole Bunker-Henderson
Assistant Attorneys General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station                    /s/ D. CRAIG WOOD
Austin, Texas 78711-2548                            D. CRAIG WOOD